UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALI NIMEH,                                              )
                                                        )
                    Plaintiff,                          )
                                                        )        FILED: APRIL 15, 2008
            vs.                                         )   Case No. 08CV2127              TG
                                                        )        JUDGE DOW
PENAUILLE SERVISAIR LLC f/k/a GLOBE                     )        MAGISTRATE JUDGE DENLOW
GROUND NORTH AMERICA LLC; and                          )
SERVISAIR LLC,                                          )
                                                        )
                    Defendants.                         )

## DEFENDANT SERVISAIR LLC'S PETITION FOR REMOVAL

Defendant, Servisair LLC ("Servisair"), by and through its attorneys, Dombroff Gilmore Jaques & French, PC, hereby removes the action filed in the Circuit Court of Cook County, Illinois pursuant to 28 U.S.C. § 1441, *et seq.* and in support thereof states as follows:

1.    On or about March 12, 2008, the Plaintiff, Ali Nimeh, filed his complaint in the Circuit Court of Cook County, Illinois alleging negligence by Servisair and Penauille Servisair LLC f/k/a Globe Ground North America ("Penauille"). A copy of the Complaint is attached hereto as **Exhibit "A"**.

2.    Servisair and Penauille are, in fact, the same entity. Penauille changed its name to Servisair LLC on or about September of 2007.

3.    On or about March 26, 2008, Servisair was served with a copy of the aforementioned complaint.

4.    At all times relevant to this matter, Plaintiff is a citizen of the State of Illinois, with his primary residence at 8401 West Peter Ter., Niles, Illinois.

5.     At all times relevant to this matter, and as set forth in the Affidavit of Dino Noto, attached hereto as **Exhibit "B"**, Defendant is a Delaware Limited Liability Company with its principal place of business in Houston, TX and membership as follows:

> 35.8% owned by Penauille Holding, Inc.
> 64.27% owned by Servisair Holding, Inc.

6.     Both Penauille Holding, Inc. and Servisair Holding, Inc. have their principal places of business in Houston, Texas.

7.     The *ad damnum* contained in Plaintiff's complaint is jurisdictional for the purposes of the Circuit Court of Cook County Illinois and not necessarily an accurate measure of the actual damages being sought by the Plaintiff. On March 31, 2008, Counsel for Servisair contacted Defendant's attorney to inquire as to the likely size of Plaintiff's claim. Specifically, Servisair's attorney inquired whether Plaintiff's injuries were likely to result in an *ad damnum* in excess of $75,000.

8.     Counsel for Plaintiff indicated that the Plaintiff's alleged injuries included a slipped and/or torn disc and that accordingly the size of Plaintiff's claim would certainly exceed $75,000.

9.     It is thus apparent that the damages being asserted by each Plaintiff exceed the $75,000.00 required by 28 U.S.C. 1332(a).

10.     Plaintiffs and Defendant are of complete diversity of citizenship, now and at the time of the incident complained of in the Plaintiff's Complaint.

11.     Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. §1332 on the basis that there is complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.

12.    This notice is filed within the time provided by 28 U.S.C. § 1446(b). See Ocampo v. Renard Machine Co., 2002 U.S. Dist. LEXIS 22028, *6-7 (N.D. Ill. Nov. 13, 2002).

13.    The underlying State court action is one which may be removed to this Court by Defendant pursuant to provisions of 28 U.S.C. §1441 because the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

14.    A copy of this Petition for Removal will be promptly served upon the parties and filed with the Clerk of the Circuit Court of Cook County, Illinois in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, for the foregoing reasons, the Defendant, Servisair LLC, respectfully gives notice that the action now pending, as referenced above, in the Circuit Court of Cook County, Illinois, has been removed therefrom to this Court.

Dated:  April 15, 2008

SERVISAIR LLC

By: _____
One of Its Attorneys

Dennis E. French, Esq.
ARDC No. 3126101
John R. Buscher, Esq.
ARDC No. 6272012
Dombroff Gilmore Jaques & French PC
10 South La Salle Street, Suite 1120
Chicago, Illinois 60603
312-781-1742
Attorneys for Servisair LLC

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of the above-mentioned document, was served upon

> Thomas G. Siracusa, Esq.
> Power Rogers & Smith, P.C.
> 70 West Madison Street, #5500
> Chicago, Illinois 60602

by depositing same in the U.S. Mail before 5:00 p.m. on the 15th day of April 2008 from 10 S. La Salle St., Suite 1120, Chicago, Illinois 60603.

John R. Buscher, Esq.

08CV2127                                    TG
JUDGE DOW

MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

(Rev. 12/22/92) CCG-1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ALI NIMEH, | ) | No.       2008L002804 |
| | ) | CALENDAR/ROOM A |
| Plaintiff, | ) | TIME 00:00 |
| | ) | PI Motor Vehicle |
| vs. | ) | |
| | ) | **PENAUILLE SERISAIR LLC** |
| PENAUILLE SERVISAIR LLC f/k/a GLOBE | ) | c/o Illinois Corporation Service, Registered Agent |
| GROUND NORTH AMERICA LLC; and | ) | 801 Adlai Stevenson Drive |
| SERVISAIR LLC | ) | Springfield, IL 62703 |
| Defendants. | ) | AND |
| | ) | **SERVISAIR LLC** |
| | | c/o Illinois Corporation Service, Registered Agent |
| | | 801 Adlai Stevenson Drive |
| | | Springfield, IL 62703 |

**PLEASE SERVE:**

### SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

MAR 1 7 2008

WITNESS, ........................................,19........

...........................................................
Clerk of Court

| | |
|---|---|
| Name **POWER ROGERS & SMITH, P.C.** | |
| Thomas G. Siracusa | |
| Attorney for **Plaintiffs** | Date of service:........................,19...... |
| Address **70 W. Madison St., #5500** | (To be inserted by officer on copy left with |
| City **Chicago, Illinois 60602** | defendant or other person) |
| Telephone **312-236-9381** | |
| Atty. No. **31444** | |

**\*\*Service by Facsimile Transmission will be accepted at:** _____ 312-236-0920 _____

(Area Code) (Facsimile Telephone Number)

**AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

\*Law Division Room 801
Chancery - Divorce Room 802
County Division Room 801
Probate Division Room 1202

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ALI NIMEH,                          )
                                    )
                    Plaintiff,      )    NO.
                                    )
    vs.                             )          2008L002804
                                    )          CALENDAR/ROOM A
PENAUILLE SERVISAIR LLC f/k/a GLOBE )          TIME 00:00
GROUND NORTH AMERICA LLC; and       )          PI Motor Vehicle
SERVISAIR LLC                       )
                                    )
                    Defendants.     )

## COMPLAINT AT LAW

NOW COMES plaintiff, ALI NIMEH (NIMEH), by his attorneys, POWER

ROGERS & SMITH, and complaining of defendants, PENAUILLE SERVISAIR LLC,

f/k/a GLOBEGROUND NORTH AMERICA LLC and SERVISAIR LLC ("SERVISAIR"),

pleading hypothetically and in the alternative, states:

1. On or about May 31, 2006, NIMEH was employed by United Airlines at

O'Hare International Airport, Cook County, Illinois.

2. On or about May 31, 2006, SERVISAIR was a foreign corporation doing

business at O'Hare International Airport, Cook County, Illinois.

3. On or about May 31, 2006, NIMEH was working at or near a baggage cart at

or near the rear of an airplane parked at Gate B-7 at O'Hare International Airport.

4. On or about May 31, 2006, a SERVISAIR jet fuel truck was being operated

on the service road at or near Gate B-7 at O'Hare International Airport.

5. At the time and place alleged, the SERVISAIR truck was being operated by

an agent and/or employee of SERVISAIR.

6.  At the time and place alleged, the agent and/or employee of SERVISAIR was operating the truck in the course of and within the scope of his or her agency and/or employment with SERVISAIR.

7.  At the time and place alleged, the SERVISAIR truck veered off of the service road and crashed into a baggage cart tug.

8.  At the time and place alleged, the aforesaid tug was connected to the baggage carts on which NIMEH was working.

9.  At the time and place alleged, the force of the collision caused the baggage carts to strike NIMEH.

10.  At the time and place alleged, as a result of the aforesaid collision, NIMEH was injured.

11.  SERVISAIR, through its authorized agent and/or employee, was negligent in one or more of the following respects:

    a.      Failing to avoid colliding with another vehicle; or

    b.      Failing to keep a proper lookout; or

    c.      Failing to maintain its vehicle within the space designated as service road; or

    d.      Driving its vehicle at an excessive rate of speed; or

    e.      Driving its vehicle carelessly; or

    f.      Was otherwise negligent.

12.  As a proximate result of one or more of the foregoing negligent acts and/or omissions, NIMEH was injured; has endured and will in the future endure pain and suffering; has become disfigured and disabled; has suffered a loss of earnings; and has been damaged in his capacity to earn.

WHEREFORE, plaintiff ALI NIMEH, by his attorneys, POWER ROGERS &

SMITH, P.C., demands judgment against the defendants, PENAUILLE SERVISAIR LLC,

f/k/a GLOBEGROUND NORTH AMERICA LLC and SERVISAIR LLC, in an amount in

excess of FIFTY THOUSAND DOLLARS ($50,000.00) as shall represent fair and just

compensation.

POWER ROGERS & SMITH, P.C.

By:_____
    Thomas G. Siracusa

POWER ROGERS & SMITH, P.C.
70 West Madison Street, #5500
Chicago, Illinois 60602
Phone: (312) 236-9381
Firm I.D. No. 31444

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ALI NIMEH,                              )
                                        )
                        Plaintiff,      )    NO.
        vs.                             )
                                        )
PENAUILLE SERVISAIR LLC f/k/a GLOBE     )
GROUND NORTH AMERICA  LLC; and          )
SERVISAIR LLC                           )
                                        )
                        Defendants.     )

## **AFFIDAVIT**

The Affiant, Thomas G. Siracusa, being first duly sworn on oath, deposes and
states:

1.    I am the attorney for the plaintiff in the above cause of action.

2.    The money damages sought in this cause of action exceed $50,000.00.

FURTHER AFFIANT SAYETH NOT.

_____
THOMAS G. SIRACUSA

Subscribed and sworn to before me this
11th day of _____, 2008

NOTARY PUBLIC
DIANN P KRUGER
NOTARY PUBLIC - STATE OF ILLINOIS

POWERS ROGERS & SMITH P. C.
70 W. Madison Street, # Suite 5500
Chicago, IL 60602
Phone: 312-236-9381
Attorney I.D. No. 31444

4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALI NIMEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| PENAUILLE SERVISAIR LLC f/k/a GLOBE | ) | |
| GROUND NORTH AMERICA LLC; and | ) | |
| SERVISAIR LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**Affidavit of Dino Noto**

I, Dino G. Noto, do hereby I declare under penalty of perjury that the following is true and correct.

1. I am Vice President and General Counsel of Servisair LLC and as part of my duties, I am familiar with the organizational structure of this company.

2. Penauille Servisair LLC (formerly known as GlobeGround North America LLC) is the former legal name of Servisair LLC. The name having been changed in July of 2007.

3. **Penauille Holding Inc., a** Delaware corporation (formerly known as LAGS "USA" Inc.) owns 35.8% of Servisair LLC. **Servisair Holding Corp., a** Delaware corporation (formerly known as Hudson General Corp.) owns 64.2% of Servisair LLC

4. This organizational structure has been in place since July 2001.

5. Since September of 2007, Penauille Holding, Inc. and Servisair Holding, Corp. both have their principal places of business at 151 Northpoint Drive, Houston, Texas.



EXHIBIT
B

6.    Prior to September of 2007, Penauille Servisair LLC, Penauille Holdings, Inc. and

Servisair Holdings, Inc. each maintained their principal place of business at 111

Great Neck Road, Suite 600, PO Box 355, Great Neck, New York.


FURTHER AFFIANT SAYETH NOT

Dino G. Noto
Vice President and General Counsel,
Servisair LLC

SUBSCRIBED AND SWORN TO
before me this _____ day of April,
2008.

Notary Public

DEBORAH LYNETTE GAMBELL
Notary Public, State of Texas
My Commission Expires
July 27, 2011