**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

ALI NIMEH v.
PENAUILLE SERVISAIR LLC f/k/a GLOBE GROUND NORTH AMERICA LLC; and SERVISAIR LLC

Case Number:

FILED: APRIL 15, 2008
08CV2127              TG
JUDGE DOW
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PENAUILLE SERVISAIR LLC f/k/a GLOBE GROUND NORTH AMERICA LLC and SERVISAIR LLC

| | |
|---|---|
| NAME (Type or print) | |
| John R. Buscher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John R. Buscher | |
| FIRM | |
| Dombroff Gilmore Jaques & French, PC | |
| STREET ADDRESS | |
| 10 South LaSalle Street, Suite 1120 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 62720121 | 312 781 0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |