UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALI NIMEH, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 2127 |
| vs. ) | |
| ) | |
| PENAUILLE SERVISAIR LLC f/k/a GLOBE ) | |
| GROUND NORTH AMERICA LLC; and ) | |
| SERVISAIR LLC ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES
OF DEFENDANTS, SERVISAIR LLC AND PENAUILLE SERVISAIR, LLC

NOW COMES plainitff, ALI NIMEH, by and through his attorneys, POWER ROGERS & SMITH, P.C., and for its Response to the Affirmative Defenses of Defendants, SERVISAIR LLC and PENAUILLE SERVISAIR, LLC., as stated in its Answer to plaintiff's Complaint at Law, states as follows:

I.  Plaintiff denies the allegations contained in Paragraph I of defendants' Affirmative Defenses.

II.  Plaintiff denies each and every allegation contained in Paragraph II of defendants' Affirmative Defenses.

III.  Plaintiff denies each and every allegation contained in Paragraph III of defendants' Affirmative Defenses and further denies that plaintiff's damages should be barred or reduced.

IV.  Plaintiff denies each and every allegation contained in Paragraph IV of defendants' Affirmative Defenses and further denies that plaintiff's damages should be barred or reduced.

    V.    Plaintiff denies the allegations contained in Paragraph V of defendants' Affirmative Defenses.

    VI.    Plaintiff denies the allegations contained in Paragraph VI of defendants' Affirmative Defenses.

    VII.    Plaintiff denies the allegations contained in Paragraph VII of defendants' Affirmative Defenses.

    VIII.    Plaintiff denies the allegations contained in Paragraph VIII of defendants' Affirmative Defenses.

WHEREFORE, plaintiff, ALI NIMEH, by his attorneys, POWER ROGERS & SMITH, P.C. prays that this Honorable Court dismiss defendants' Affirmative Defenses.

Respectfully Submitted,

ALI NIMEH

By/s/    Thomas G. Siracusa
One of his Attorneys

Thomas G. Siracusa, Esq.
POWER ROGERS & SMITH, P.C.
Attorneys for Plaintiff
70 W. Madison Street
Suite 5500
Chicago, IL 60603
Phone: (312) 236-9381