UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALI NIMEH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2127 |
| vs. | ) | |
| | ) | |
| PENAUILLE SERVISAIR LLC f/k/a GLOBE GROUND NORTH AMERICA LLC; and SERVISAIR LLC | ) ) ) | |
| | ) | |
| Defendants. | ) | |

To:  Dennis French, Esq., John Buscher, Esq., Dombroff, Gilmore, Jaques & French
10 S. LaSalle Street, Suite 1120, Chicago, IL 60603; Phone: 312/781-1742
jbusher@dgligators.com; dfrench@dglitigators.com

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following documents:

Response to Affirmative Defense

were served on April 30, 2008, in accordance with Fed.R.Civ.P. 5, LR 5.5, and the General order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

POWER ROGERS & SMITH, P.C.

By: /s/_____
Thomas G. Siracusa
POWER ROGERS & SMITH,
70 W. Madison Street
#5500
Chicago, IL 60602
Phone: 312/236-9381

Dennis French, Esq.
John Buscher, Esq.
Dombroff, Gilmore, Jaques & French
10 S. LaSalle Street, Suite 1120
Chicago, IL 60603