UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALI NIMEH,                                    )
                                              )
                        Plaintiff,            )    Case No. 08 CV 2127
        vs.                                   )
                                              )    Hon. Robert M. Dow, Jr.
PENAUILLE SERVISAIR LLC f/k/a GLOBE           )
GROUND NORTH AMERICA  LLC; and                )
SERVISAIR LLC                                 )
                                              )
                        Defendants.           )

<u>NOTICE OF MOTION</u>

To:     All Counsel of Record

        PLEASE TAKE NOTICE that on May 8, 2008, at 9:15 a.m. at the opening of

court or as soon thereafter as counsel may be heard, I will appear before Judge Robert

Dow, Jr., in Courtroom 1919 or in the courtroom usually occupied by him in the Everett

McKinley Dirkson Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before

such other judge who may be sitting in her place and stead, and then and there present

**PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT**, at which time and

place you may appear, if you see fit.

                                Respectfully Submitted,

                                ALI NIMEH

                    By /s/_____
                                Thomas G. Siracusa
                                One of his Attorneys
                                POWER ROGERS & SMITH, P.C.
                                70 W. Madison Street
                                Suite 5500
                                Chicago, IL 60603
                                Phone: (312) 236-9381

1