UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALI NIMEH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2127 |
| vs. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| PENAUILLE SERVISAIR LLC f/k/a GLOBE GROUND NORTH AMERICA LLC; and SERVISAIR LLC | ) ) ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

To:   Dennis French, Esq., John Buscher, Esq., Dombroff, Gilmore, Jaques & French
10 S. LaSalle Street, Suite 1120, Chicago, IL 60603; Phone: 312/781-1742
jbusher@dgligators.com; dfrench@dglitigators.com

The undersigned attorney hereby certifies that the following documents:

Notice of Motion
Motion to File First Amended Complaint

were served on above counsel on _____, 2008, in accordance with Fed.R.Civ.P. 5, LR 5.5, and the General order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

POWER ROGERS & SMITH, P.C.

By:/s/_____
Thomas G. Siracusa
POWER ROGERS & SMITH,
70 W. Madison Street
#5500
Chicago, IL 60602
Phone: 312/236-9381