# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2127 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Nimeh vs. Penauille Servisair LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to file [11] First Amended Complaint, by joining as an additional party defendant, Tennell Neal, is granted. Notice of Motion date of 5/8/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|