UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALI NIMEH, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 2127 |
| vs. ) | |
| ) | Hon. Robert M. Dow, Jr. |
| PENAUILLE SERVISAIR LLC f/k/a GLOBE ) | |
| GROUND NORTH AMERICA  LLC; and ) | |
| SERVISAIR LLC ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

To:   Dennis French, Esq., John Buscher, Esq., Dombroff, Gilmore, Jaques & French
      10 S. LaSalle Street, Suite 1120, Chicago, IL 60603; Phone: 312/781-1742
      jbusher@dgligators.com; dfrench@dglitigators.com

The undersigned attorney hereby certifies that on May 13, 2008, he electronically filed Plaintiff's First Amended Complaint at Law with the Clerk of the Court using the CM/ECF System which will send notification to the above individuals.

POWER ROGERS & SMITH, P.C.

By:/s/_____
Thomas G. Siracusa
POWER ROGERS & SMITH,
70 W. Madison Street
#5500
Chicago, IL 60602
Phone: 312/236-9381