# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2127 | **DATE** | 5/12/2008 |
| **CASE TITLE** | ALI NIMEH vs. PENAUILLE SERVISAIR LLC, et al | | |

**DOCKET ENTRY TEXT**

Agreed Motion to Remand [14] case to the Circuit Court of Cook County, Illinois, Law Division is Granted and So Ordered. Notice of Motion date of 5/14/08 is stricken.
Status hearing date of 6/5/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|